JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___F. Supp. 2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

**ALABAMA MIDDLE**
ALM    2   04-711          Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

**ALABAMA SOUTHERN**
ALS    1   04-463          Nancy Coleman, et al. v. Pfizer, Inc., et al.

**FLORIDA SOUTHERN**
FLS    1   04-22228        Ana Medero, et al. v. Pfizer, Inc., et al.

**ILLINOIS NORTHERN**
ILN    1   04-4467         Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

**LOUISIANA EASTERN**
LAE    2   04-1735         Linda Rizzo v. Pfizer, Inc.
LAE    2   04-2087         Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
LAE    2   04-2509         Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

**MISSOURI EASTERN**
~~MOE    4   04-982~~       ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04

**MISSISSIPPI NORTHERN**
~~MSN    2   04-255~~       ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04
~~MSN    4   04-275~~       ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04

**NEW JERSEY**
NJ     2   04-4236         Steven Kail, et al. v. Pfizer, Inc., et al.
NJ     2   04-4497         International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
NJ     2   04-4593         Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

**OKLAHOMA EASTERN**
OKE    6   04-375          Jerry Hollaway, et al. v. Pfizer, Inc., et al.

**TENNESSEE EASTERN**
TNE    2   04-337          Bauda V.L. Sutton v. Pfizer, Inc., et al.

**TEXAS EASTERN**
~~TXE    2   04-309~~       ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04

U.S. District Court Web PACER (v2.4-EDLA) Docket Report    Case 1:04-cv-12620-PBS    Document 424    Filed 12/15/2004    Page 1 of 2

Page 1 of 2

Docket as of September 28, 2004 8:42 pm                    Web PACER (v2.4-EDLA)

# U.S. District Court
## USDC for the Eastern District of Louisiana (New Orleans)

### CIVIL DOCKET FOR CASE #: 04-CV-2509

### LA Health Svc Indem v. Pfizer Inc, et al        04cv 12620 PBS

Filed: 09/03/04
Assigned to: Judge Jay C Zainey
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 470
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Racketeering (RICO) Act

---

- LOUISIANA HEALTH SERVICE
INDEMNITY COMPANY, on behalf
of itself and others similarly
situated
dba
BlueCross BlueShield of
Louisiana
    plaintiff

Charles Andrew O'Brien, III
225-297-2760 FAX
[COR NTC]
Charles Andrew O'Brien,
Attorney at Law
5525 Reitz Ave.
P. O. Box 98029
Baton Rouge, LA 70898-9029
225-295-2454

James R. Dugan, II
[COR LD NTC]
Dugan & Brown, PLC
3500 N. Hullen St.
Metairie, LA 70002
504-456-8220

  v.

PFIZER INC
    defendant

WARNER LAMBERT COMPANY
    defendant

---

## DOCKET PROCEEDINGS

DATE    #   IMG         DOCKET   ENTRY

| | | | |
|---|---|---|---|
| 9/3/04 | 1 |  | COMPLAINT; 2 summons(es) issued (gw) [Entry date 09/03/04] |
| 9/3/04 | -- | | Payment of filing fee by plaintiff - LA Health Svc Indem in amount of $ 150.00 (gw) [Entry date 09/03/04] |
| 9/7/04 | 2 |  | RICO Standing Order by Clerk (gw) [Entry date 09/07/04] |
| 9/23/04 | 3 | | Motion by plaintiff LA Health Svc Indem and ORDER that all proceedings including pla's response to RICO Standing Order are STAYED until after the Panel on MDL hrg on 9/30/04; The Clerk shall administratively close by Judge Jay C. Zainey Date Signed: 9/24/04. (CLOSED CASE) (gw) [Entry date 09/28/04] |

Case Flags:
STAY
TERMED
MAG-1

END OF DOCKET: 2:04cv2509



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2004 16:00:56 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 2:04cv02509 |
| Billable Pages: | 2 | Cost: | 0.14 |