# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

December 21, 2004

Mr. Tony Anastas
Clerk, United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA  02210

                Re:    Multidistrict Litigation No. 1629
                       LA Health Svc. Indem.
                       vs.
                       Pfizer, Inc., et al
                       Civil Action No. 04-2509 A(1)
                       Your Case No. C.A. 1:04CV12620-PBS

Dear Mr. Anastas:

    Pursuant to an order of the Multidistrict Litigation Panel to transfer the above-captioned case under Title 28 U.S.C. 1407, to the District of Massachusetts, I am forwarding herewith the entire original record together with a copy of the order of transfer and a certified copy of the docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter.

                                          Very truly yours,

                                          LORETTA G. WHYTE, CLERK

                                          By _____
                                               Deputy Clerk

Enclosures